# United States Court of Appeals
## For the First Circuit

No. 15-1337

UNITED STATES,

Appellee,

v.

EDWIN CABRERA-RIVERA,

Defendant, Appellant,

**ERRATA SHEET**

The opinion of this Court, issued on June 20, 2018, is amended as follows:

On page 53, lines 4-6, the following sentence is removed: "Cabrera's brief does not mention <u>Pabon</u> -- the key case for determining whether Cabrera's sentence was plainly erroneous under this circuit's case law."